FILED
CLERK, U.S. DISTRICT COURT

MAR 11 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-MJ-759 |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. | |
| Patricia Lydia Marquez | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (✓) the appearance of defendant as required; and/or

(B) (✓) the safety of any person or the community.

//
//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

factors exist to mitigate danger evidenced by prior criminal record

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

factors exist mitigating risk of non-appearance indicated by probation status, the "no-bail" bench warrant, and unverified background information

IT IS ORDERED that defendant be detained.

DATED: 3/11/2013

*[signature]*
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE